THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

MOLLY MOON'S HOMEMADE ICE CREAM LLC,

                    Plaintiff,

     v.

CITY OF SEATTLE,

                    Defendant.

Case No.: 2:23-cv-00859

PLAINTIFF'S NOTICE OF RELATED CASES

Pursuant to Local Civ. R. 3, Molly Moon's Homemade Ice Cream, LLC hereby discloses several related cases.  The first related case is a former case. This case was not listed on the Civil Cover Sheet for this matter, as instruction VIII to that sheet indicates that form only seeks information about "pending" matters.

However, in the interests of full disclosure, Plaintiff notes this case has overlap with a case that was formerly pending before Judge Zilly, *Hunters Capital LLC, et. al. v. City of Seattle*, 20-cv-0983-TSZ. This case was dismissed on February 16, 2023, as provided in Dkt. 182 in that case.

That case concerns similar allegations against the City of Seattle, and there is significant factual overlap between the facts in that case and this case, as well as the legal issues likely to be addressed in that case and this case. Both cases concern the City's liability for damages caused by its actions related the occupation of the Capitol Hill neighborhood in June 2020, and the City is a defendant in both matters. Plaintiff Molly Moon's Homemade Ice Cream LLC was not a named party in the *Hunters* case, but the *Hunters* matter was originally filed as a class action, and the proposed class would have included Plaintiff Molly Moon's Homemade Ice Cream LLC if it had

**MORGAN LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL. (206) 274-6400  FAX, (206) 274-6401

been certified. Class certification was denied in *Hunters* on May 9, 2005, as provided in Dkt. 96 in that case.

In addition, there are two other related cases pending before Judge Zilly, *Hugo House Properties, LLC v. City of Seattle*, 23-cv-858-TSZ, and *3Pak, LLC d/b/a Oma Bap v. City of Seattle*, 23-cv-540-TSZ.  These cases also concern similar allegations against the City of Seattle to those raised in the *Hunters* case.

DATED this 13th day of June, 2023.

**MORGAN, LEWIS & BOCKIUS LLP**

By*/s Angelo J. Calfo*
Angelo J. Calfo, WSBA No. 27079
Patricia A. Eakes, WSBA No. 18888
Tyler S. Weaver, WSBA No. 29413
Gabriel Reilly-Bates, WSBA No. 52257
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone:  (206) 274-6400
Email: angelo.calfo@morganlewis.com
          patty.eakes@morganlewis.com
          tyler.weaver@morganlewis.com
          gabriel.reillybates@morganlewis.com

*Attorneys for Plaintiff Molly Moon's Handmade Ice Cream LLC*

PLAINTIFF'S NOTICE OF RELATED CASES
(Case No.: 2:23-cv-00859)- 2

**MORGAN LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 274-6400  FAX, (206) 274-6401