THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MOLLY MOON'S HOMEMADE ICE CREAM LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SEATTLE,<br>　　　　　　Defendant. | Case No.: 2:23-cv-00859<br><br>CORPORATE DISCLOSURE STATEMENT |

Plaintiff Molly Moon's Homemade Ice Cream LLC hereby discloses pursuant to Local Civ. R. 7.1(a)(1) that its members are:

　　　　Molly Moon Neitzel

　　　　SPW Investments, LLC

　　　　Reinig, LLC

　　　　Turner, Adam

　　　　Kang, Hyeon

　　　　Square Investment Group, LLC

　　　　Moser, Michael

　　　　Sellers, John and Genevieve

　　　　Sugarshack Unlimited, LLC

///

CORPORATE DISCLOSURE STATEMENT
(Case No.: 2:23-cv-00859)- 1

**MORGAN LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 274-6400  FAX, (206) 274-6401

1 | DATED this 15th day of June, 2023.

**MORGAN, LEWIS & BOCKIUS LLP**

By<u>/s Angelo J. Calfo</u>
Angelo J. Calfo, WSBA #27079
Patricia A. Eakes, WSBA #18888
Tyler S. Weaver, WSBA #29413
Gabriel Reilly-Bates, WSBA #52257
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone:  (206) 274-6400
Fax:      (206) 274-6401
Email: angelo.calfo@morganlewis.com
          patty.eakes@morganlewis.com
          tyler.weaver@morganlewis.com
          gabriel.reillybates@morganlewis.com

*Attorneys for Plaintiff Molly Moon's Homemade Ice Cream LLC*

---

CORPORATE DISCLOSURE STATEMENT
(Case No.: 2:23-cv-00859)- 2

**MORGAN LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL, (206) 274-6400  FAX, (206) 274-6401