THE HONORABLE THOMAS S. ZILLY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOLLY MOON'S HOMEMADE ICE CREAM LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>CITY OF SEATTLE,<br><br>                    Defendant. | NO.  2:23-cv-00859-TSZ<br><br>NOTICE OF APPEARANCE<br><br>**CLERK'S ACTION REQUIRED** |

TO:          THE CLERK OF THE COURT

AND TO:      PLAINTIFF AND ITS COUNSEL OF RECORD

        YOU AND EACH OF YOU will please take notice that Tyler L. Farmer, Shane P. Cramer, Erica R. Iverson and Ashley D. Burman of Harrigan Leyh Farmer & Thomsen LLP hereby appear in the above-entitled action for defendant City of Seattle, and request that all further papers and pleadings, except original process, be served upon the undersigned attorneys at the address below stated.  The defendant, through this appearance, does not waive any defenses, including but not limited to insufficiency of process, lack of personal jurisdiction, and improper venue.

        DATED this 16th day of June, 2023.

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

HARRIGAN LEYH FARMER & THOMSEN LLP

By: _s/ Tyler L. Farmer_____
By: _s/ Shane P. Cramer_____
By: _s/ Erica R. Iverson_____
By: _s/ Ashley D. Burman_____
    Tyler L. Farmer, WSBA #39912
    Shane P. Cramer, WSBA #35099
    Erica R. Iverson, WSBA #59627
    Ashley D. Burman, WSBA #58754
    999 Third Avenue, Suite 4400
    Seattle, WA 98104
    Tel:  (206) 623-1700
    tylerf@harriganleyh.com
    shanec@harriganleyh.com
    ericai@harriganleyh.com
    ashleyb@harriganleyh.com

*Attorneys for City of Seattle*

LAW OFFICES
HARRIGAN LEYH FARMER & THOMSEN LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717