THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOLLY MOON'S HOMEMADE ICE CREAM LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF SEATTLE,<br><br>        Defendant. | NO.  2:23-cv-00859-TSZ<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT<br><br>[NOTE ON MOTION CALENDAR: JUNE 29, 2023] |

## STIPULATION

Plaintiff Molly Moon's Homemade Ice Cream LLC ("Molly Moon's") and Defendant City of Seattle hereby stipulate as follows:

WHEREAS, Molly Moon's filed a complaint in this action on June 7, 2023;

WHEREAS, the City was served on June 9, 2023;

WHEREAS, Molly Moon's filed an amended complaint in this action on June 28, 2023;

WHEREAS, the current deadline for the City to answer or otherwise respond to Molly Moon's' amended complaint is July 12, 2023;

WHEREAS, Molly Moon's' amended complaint alleges facts and claims that are substantially similar to the facts and claims alleged by plaintiff Oma Bap in *3Pak, LLC d/b/a Oma Bap v. City of Seattle*, Case No. 2:23-cv-00540-TSZ (W.D. Wash.) ("*Oma Bap*");

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINE TO RESPOND TO PLAINTIFF'S AMENDED
COMPLAINT - 1
(Case No. 2:23-cv-00859)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

WHEREAS, the City moved to dismiss plaintiff Oma Bap's complaint in *Oma Bap* and that motion is awaiting decision by this Court;

WHEREAS, the parties believe that the Court's ruling on the City's motion to dismiss in *Oma Bap* may clarify or affect the parties' claims and/or defenses in this case;

WHEREAS, the parties have stipulated to extend the deadline for the City to answer or otherwise respond to Molly Moon's' amended complaint from Friday, July 12, 2023 to Thursday, July 27, 2023; and

WHEREAS, the requested extension will not affect any other deadlines in the case;

NOW THEREFORE, the parties, through their respective counsel of record, do hereby stipulate and agree that the City's response to Molly Moon's' amended complaint will be due on or before July 27, 2023.

**STIPULATED AND AGREED TO** this 29th day of June, 2023.

**MORGAN, LEWIS & BOCKIUS LLP**

By */s/ Gabriel Reilly-Bates*
   Patty A. Eakes, WSBA #18888
   Angelo J. Calfo, WSBA #27079
   Tyler S. Weaver, WSBA #29413
   Gabriel Reilly-Bates, WSBA #52257
   1301 Second Avenue, Suite 2800
   Seattle, WA  98101
   Phone:  (206) 274-6400
   Fax:  (206) 274-6401

   E-mails:
   patty.eakes@morganlewis.com;
   angelo.calfo@morganlewis.com;
   tyler.weaver@morganlewis.com;
   gabriel.reillybates@morganlewis.com

*Attorneys for Plaintiff Molly Moon's Homemade Ice Cream LLC*

**HARRIGAN LEYH FARMER & THOMSEN LLP**

By */s/ Shane P. Cramer*
   Tyler L. Farmer, WSBA #39912
   Shane P. Cramer, WSBA #35099
   Erica Iverson, WSBA #59627
   Ashley D. Burman, WSBA #58754
   999 Third Avenue, Suite 4400
   Seattle, WA 98104
   Phone: (206) 623-1700
   Email:  tylerf@harriganleyh.com
         shanec@harriganleyh.com
         ericai@harriganleyh.com
         ashleyb@harriganleyh.com

*Attorneys for Defendant City of Seattle*

1

**[PROPOSED] ORDER**

2

Having considered the parties' stipulation, and good cause having been demonstrated, the

3

Court hereby orders that the deadline for the City to answer or otherwise respond to Plaintiff Molly

4

Moon's Homemade Ice Cream's amended complaint be extended to July 27, 2023.

5

**IT IS SO ORDERED.**

6

Dated this _____ day of _____, 2023.

7

8

_____

9

The Honorable Thomas S. Zilly
United States District Judge

10

11

Presented by:

12

HARRIGAN LEYH FARMER & THOMSEN LLP

13

By: _*s/ Tyler L. Farmer*_____

14

By: _*s/ Shane P. Cramer*_____

By: _*s/ Erica Iverson*_____

15

By: _*s/ Ashley D. Burman*_____

16

Tyler L. Farmer, WSBA #39912
Shane P. Cramer, WSBA #35099

17

Erica Iverson, WSBA #59627
Ashley D. Burman, WSBA #58754

18

999 Third Avenue, Suite 4400
Seattle, WA 98104

19

Tel:  (206) 623-1700

20

tylerf@harriganleyh.com
shanec@harriganleyh.com

21

ericai@harriganleyh.com
ashleyb@harriganleyh.com

22

*Attorneys for City of Seattle*

23

24

25

26

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINE TO RESPOND TO PLAINTIFF'S AMENDED
COMPLAINT - 3
(Case No. 2:23-cv-00859)