1

THE HONORABLE THOMAS S. ZILLY

2

3

4

5

6 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
7 AT SEATTLE

8 MOLLY MOON'S HOMEMADE ICE
CREAM LLC,
9
                                        NO.  2:23-cv-00859-TSZ
                    Plaintiff,
10                                      STIPULATION AND [PROPOSED] ORDER
                                        EXTENDING DEADLINE FOR DEFENDANT
      v.                                TO RESPOND TO PLAINTIFF'S AMENDED
11                                      COMPLAINT
   CITY OF SEATTLE,
12                                      [NOTE ON MOTION CALENDAR:
                    Defendant.          JULY 26, 2023]
13

14

15                            **STIPULATION**

16        Plaintiff Molly Moon's Homemade Ice Cream LLC ("Molly Moon's") and Defendant City

17 of Seattle hereby stipulate as follows:

18        WHEREAS, Molly Moon's filed a complaint in this action on June 7, 2023;

19        WHEREAS, the City was served on June 9, 2023;

20        WHEREAS, pursuant to Rule 12, the original deadline for the City to respond to the

21 complaint is June 30, 2023;

22        WHEREAS, Molly Moon's filed an amended complaint in this action on June 28, 2023;

23        WHEREAS, on June 29, 2023, the Court granted the parties' stipulated motion extending

24 the deadline for the City to respond to the complaint to July 27, 2023 (Dkt. 10).

25        WHEREAS, Molly Moon's' amended complaint alleges facts and claims that are

26 substantially similar to the facts and claims alleged by plaintiff Oma Bap in *3Pak, LLC d/b/a Oma*

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINE TO RESPOND TO PLAINTIFF'S AMENDED
COMPLAINT - 1
(Case No. 2:23-cv-00859)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1   *Bap v. City of Seattle*, Case No. 2:23-cv-00540-TSZ (W.D. Wash.) ("*Oma Bap*");

2          WHEREAS, the City moved to dismiss plaintiff Oma Bap's complaint in *Oma Bap* and

3   that motion is awaiting decision by this Court;

4          WHEREAS, the parties believe that the Court's ruling on the City's motion to dismiss in

5   *Oma Bap* may clarify or affect the parties' claims and/or defenses in this case;

6          WHEREAS, the parties have stipulated to extend the deadline for the City to answer or

7   otherwise respond to Molly Moon's' amended complaint from Thursday, July 27, 2023 until

8   fourteen (14) days after the Court rules on the City's motion to dismiss plaintiff Oma Bap's

9   complaint in *Oma Bap*; and

10          WHEREAS, the requested extension will not affect any other deadlines in the case;

11          NOW THEREFORE, the parties, through their respective counsel of record, do hereby

12   stipulate and agree that the City's response to Molly Moon's' amended complaint will be due

13   fourteen (14) days after the Court enters its order on the City's motion to dismiss plaintiff Oma

14   Bap's complaint in *Oma Bap*.

15

16          **STIPULATED AND AGREED TO** this 26th day of July, 2023.

17   **MORGAN, LEWIS & BOCKIUS LLP**          **HARRIGAN LEYH FARMER & THOMSEN LLP**

18   By */s/ Gabriel Reilly-Bates*                          By */s/ Shane P. Cramer*
        Patty A. Eakes, WSBA #18888                    Tyler L. Farmer, WSBA #39912
19       Angelo J. Calfo, WSBA #27079                  Shane P. Cramer, WSBA #35099
        Tyler S. Weaver, WSBA #29413                   Erica Iverson, WSBA #59627
20       Gabriel Reilly-Bates, WSBA #52257             Ashley D. Burman, WSBA #58754
        1301 Second Avenue, Suite 2800                  999 Third Avenue, Suite 4400
21       Seattle, WA  98101                              Seattle, WA 98104
        Phone:  (206) 274-6400                          Phone: (206) 623-1700
22       Fax:  (206) 274-6401                            Email:  tylerf@harriganleyh.com
        E-mails:                                                 shanec@harriganleyh.com
23       patty.eakes@morganlewis.com;                            ericai@harriganleyh.com
        angelo.calfo@morganlewis.com;                            ashleyb@harriganleyh.com
24       tyler.weaver@morganlewis.com;
        gabriel.reillybates@morganlewis.com          *Attorneys for Defendant City of Seattle*
25

26    *Attorneys for Plaintiff Molly Moon's*
       *Homemade Ice Cream LLC*

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINE TO RESPOND TO PLAINTIFF'S AMENDED
COMPLAINT - 2
(Case No. 2:23-cv-00859)

# [PROPOSED] ORDER

Having considered the parties' stipulation, and good cause having been demonstrated, the Court hereby orders that the deadline for the City to answer or otherwise respond to Plaintiff Molly Moon's Homemade Ice Cream's amended complaint be extended from July 27, 2023 until fourteen (14) days after the Court enters its order on the City's pending motion to dismiss plaintiff Oma Bap's complaint in *3Pak, LLC d/b/a Oma Bap v. City of Seattle*, Case No. 2:23-cv-00540-TSZ (W.D. Wash.).

**IT IS SO ORDERED.**

DATED: _____

_____
The Honorable Thomas S. Zilly
United States District Judge

Presented by:

HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/ Tyler L. Farmer*
By: *s/ Shane P. Cramer*
By: *s/ Erica Iverson*
By: *s/ Ashley D. Burman*
    Tyler L. Farmer, WSBA #39912
    Shane P. Cramer, WSBA #35099
    Erica Iverson, WSBA #59627
    Ashley D. Burman, WSBA #58754
    999 Third Avenue, Suite 4400
    Seattle, WA 98104
    Tel:  (206) 623-1700
    tylerf@harriganleyh.com
    shanec@harriganleyh.com
    ericai@harriganleyh.com
    ashleyb@harriganleyh.com

*Attorneys for City of Seattle*

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717