|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| 3PAK LLC d/b/a OMA BAP, | |
|---|---|
| Plaintiff, | |
| v. | C23-0540 TSZ |
| CITY OF SEATTLE, | MINUTE ORDER |
| Defendant. | |
| HUGO PROPERTIES, LLC, | |
| Plaintiff, | |
| v. | C23-0858 TSZ |
| CITY OF SEATTLE, | |
| Defendant. | |
| MOLLY MOON'S HOMEMADE ICE CREAM LLC, | |
| Plaintiff, | |
| v. | C23-0859 TSZ |
| CITY OF SEATTLE, | |
| Defendant. | |

MINUTE ORDER - 1

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Reports in the above-captioned matters, Case Nos. C23-0540 TSZ, C23-0858 TSZ, and C23-0859 TSZ are hereby CONSOLIDATED for discovery purposes only. For administrative reasons, the Court has entered identical scheduling orders in all three cases. The Court RESERVES ruling on whether these cases will be consolidated for trial. Following entry of this Minute Order, the parties are DIRECTED to file all further documents related to discovery in these cases in Case No. C23-0540 TSZ.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of August, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2