THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 3Pak LLC, D/B/A OMA BAP,<br><br>                    Plaintiff,<br><br>   v.<br><br>CITY OF SEATTLE,<br><br>                    Defendant | Case No.  2:23-cv-00540-TSZ<br><br>NOTICE OF MOTION REGARDING STIPULATED MOTION TO CONSOLIDATE CASES |
| HUGO PROPERTIES, LLC,<br><br>                    Plaintiff,<br><br>   v.<br><br>CITY OF SEATTLE,<br><br>                    Defendant. | Case No. 2:23-cv-00858-TSZ |
| MOLLY MOON'S HOMEMADE ICE CREAM LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>CITY OF SEATTLE,<br><br>                    Defendant. | Case No. 2:23-cv-00859-TSZ |

NOTICE OF MOTION - 1

MORGAN, LEWIS & BOCKIUS LLP
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401

## NOTICE OF MOTION

Plaintiffs 3Pak, LLC, d/b/a Oma Bap ("Oma Bap"), Hugo Properties, LLC ("Hugo House"), and Molly Moon's Homemade Ice Cream, LLC ("Molly Moon's"), and Defendant City of Seattle ("City") have filed a stipulated motion to consolidate the above captioned cases into the case of *3Pak LLC, d/b/a Oma Bap v. City of Seattle*, 23-cv-00540-TSZ (the "*Oma Bap* action") on September 15, 2023, in the Oma Bap action.

DATED this 15th day of September, 2023.

**MORGAN, LEWIS & BOCKIUS LLP**

By */s/ Tyler Weaver*
    Patty A. Eakes, WSBA #18888
    Angelo J. Calfo, WSBA #27079
    Tyler S. Weaver, WSBA #29413
    Gabriel Reilly-Bates, WSBA #52257
    1301 Second Avenue, Suite 2800
    Seattle, WA  98101
    Phone:  (206) 274-6400
    Fax:  (206) 274-6401
    E-mails:
    patty.eakes@morganlewis.com;
    angelo.calfo@morganlewis.com;
    tyler.weaver@morganlewis.com;
    gabriel.reillybates@morganlewis.com

*Attorneys for Plaintiffs 3Pak, LLC d/b/a Oma Bap, Hugo Properties, LLC and Molly Moon's Homemade Ice Cream, LLC*

NOTICE OF MOTION - 2

**MORGAN, LEWIS & BOCKIUS LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 274-6400 FAX (206) 274-6401